Relief

1. Request KPMG to lock and restore my email box aidongchen@kpmg.com for court's verification.
2. Allow professional employment attorney works for me; KPMG pays the attorney fee and other expense related to this case.
3. Conclude KPMG E&C case # 265276876701 owned by Robin Rohmer; **strictly discipline William Koch according to KPMG's non-retaliation policy and EEO promise.**
4. $120,000 for unfair promotion, bonus scheme and financial costs due to this sudden change; $300,000 for the stress caused by retaliation and management's failure to handle the reports; $6,000,000 for framing me with misconduct and performance problem. Written apology letter for clearing this frame.
5. Update KPMG I&ES VP Mike Nolan, allow media independently report the progress of the case.

A.C.

14